IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JASON LEE STOCKSTILL**                                             **PLAINTIFF**

v.                                                               CAUSE NO. 1:16CV47-LG-RHW

**PEARL RIVER COUNTY 5TH**
**DISTRICT S.E. COURTS JUSTICE, ET AL.**                      **DEFENDANTS**

FINAL JUDGMENT

This matter is before the Court, sua sponte, for consideration of dismissal. Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE**.

**IT IS, HEREBY, FURTHER ORDERED AND ADJUDGED** that a copy of this Final Judgment be mailed to Plaintiff **Jason Lee Stockstill**, **5302 Firefly Ln., Everton, AR 72633**, *see* Compl. [1] at 2, and to **Jason Lee Stockstill** at his address of record.

**SO ORDERED AND ADJUDGED** this the 15th day of September, 2016.

                                                         s/ *Louis Guirola, Jr.*
                                                         LOUIS GUIROLA, JR.
                                                         CHIEF U.S. DISTRICT JUDGE